IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON JOIEL SUGGS, | No. CIV S-08-1645-CMK-P |
| Petitioner, | |
| vs. | ORDER TO SHOW CAUSE |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's [amended] petition for a writ of habeas corpus (Doc. 1).

Rule 4 of the Federal Rules Governing Section 2254 Cases provides for summary dismissal of a habeas petition "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court."  In the instant case, it is plain that petitioner is not entitled to federal habeas relief.  In particular, the exhaustion of available state remedies is a prerequisite to a federal court's consideration of claims sought to be presented in habeas corpus proceedings.  See Rose v. Lundy, 455 U.S. 509

1  (1982); 28 U.S.C. § 2254(b).  A petitioner can satisfy the exhaustion requirement by providing
2  the highest state court with a full and fair opportunity to consider all claims before presenting
3  them to the federal court.  See Picard v. Connor, 404 U.S. 270, 276 (1971), Middleton v. Cupp,
4  768 F.2d 1083, 1086 (9th Cir. 1986).  Upon review of the instant petition, the court concludes
5  that petitioner has not exhausted state court remedies as to any of his claims.  In particular,
6  petitioner states in the petition that he did not file a direct appeal or any post-conviction action.

   Petitioner is directed to show cause in writing, within 30 days of the date of this
order, why the petition should not be summarily dismissed for failure to exhaust state court
remedies.  If petitioner agrees that this action should be dismissed, he should file a motion for
voluntary dismissal and the case will be dismissed without prejudice.  Petitioner is cautioned that
failure to respond to this order may result in dismissal of the action for lack of prosecution and
failure to comply with court rules and orders.  See Local Rul11-110.

   IT IS SO ORDERED.

 DATED: September 12, 2008

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

2